S. LANE TUCKER
United States Attorney

CHRISTINA SHERMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christina.sherman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:23-cr-00011-SLG-KFR |
| | ) | |
| Plaintiff, | ) | |
| | ) | COUNT 1: MISAPPROPRIATION |
| vs. | ) | OF POSTAL FUNDS |
| | ) | |
| ANNIE ANDREW, | ) | Vio of 18 U.S.C. § 1711 |
| | ) | |
| Defendant. | ) | |
| | ) | |

# INFORMATION

The United States Attorney charges that:

## COUNT 1

Between on or about June 1, 2017, and February 28, 2020, within the District of

Alaska and elsewhere, the defendant, ANNIE ANDREW, intentionally converted for her

own use money coming under her control in the execution of her office, employment, or service as a Postal Service employee. The amount converted exceeded $1,000.

All of which is a violation of 18 U.S.C. § 1711.

RESPECTFULLY SUBMITTED this 6th day of February 2022, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney
United States of America